UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDRE SMILEY,

        Plaintiff

    v.                                         C-1-13-807

BRAIN EYNSEN,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 10) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted. The Report and Recommendation of the United States Magistrate Judge (doc. no. 10) is hereby ADOPTED AND INCORPORATED HEREIN BY

2

REFERENCE. This case is DISMISSED WITH PREJUDICE for failure to state upon which relief may be granted.

This Court CERTIFIES pursuant to 28 U.S.C. § 1915(a) that for the foregoing reasons an appeal of any Order adopting this Report and Recommendation would not be taken in good faith and therefore DENIES plaintiff leave to appeal *in forma pauperis*.

This case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                              s/Herman J. Weber  
                                    **Herman J. Weber, Senior Judge**  
                                        **United States District Court**